IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENCOMPASS INSURANCE COMPANY,

      Plaintiff,                               No. CIV S-06-1843 KJM

      vs.

KRISTINA BERNHARD,

      Defendant.                           <u>ORDER</u>

/

        A status conference was held in this matter on April 11, 2007, at 10:00 a.m. in courtroom # 26. Blane Smith appeared for plaintiff. There was no appearance by defendant or her counsel. Upon consideration of the status report on file in this action, discussion with plaintiff's counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within thirty days from the date this order is filed, the parties shall make initial disclosures under Federal Rule of Civil Procedure 26.

        2. Initial expert disclosures shall be made no later than October 26, 2007. Rebuttal expert disclosures shall be made no later than November 30, 2007.

        3. Discovery, including the hearing of discovery motions, shall be completed by March 26, 2008. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

1          4. Dispositive motions, other than discovery motions, shall be noticed to be heard
2 by May 14, 2008.
3          5. The pretrial conference is set for July 9, 2008 at 11:00 a.m. before the
4 undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.
5          6. Trial of this matter is set for September 15, 2008 at 10:00 a.m. before the
6 undersigned.  The parties shall file trial briefs in accordance with  Local Rule 16-285.
7 DATED:  April 12, 2007.

_____
U.S. MAGISTRATE JUDGE

006 encompass.oas